UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES – GENERAL

Case No. SACV 23-01218-CJC (KESx)            Date: September 26, 2023

Title: <u>LINDA CYTRYN, *et al.* v. CRUMBL LLC, *et al.*</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| Daniel Tamayo for Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING AS MOOT DEFENDANT CRUMBL LLC'S MOTION TO DISMISS COMPLAINT [Dkt. 12]**

      Before the Court is Crumbl LLC's motion to dismiss Plaintiffs' class action complaint (Dkt. 12) and request for judicial notice in support of that motion (Dkt. 13). Both were filed on September 11, 2023. (*See* Dkts. 12–13.) On September 25, 2023, Plaintiffs filed a First Amended Class Action Complaint (Dkt. 17). Crumbl LLC's motion to dismiss the complaint and corresponding request for judicial notice are therefore **DENIED AS MOOT**. The hearing set for October 16, 2023 at 1:30 p.m. is hereby **VACATED** and off calendar.

lat

MINUTES FORM 11
CIVIL-GEN                                                                               Initials of Deputy Clerk DT