JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BONNIE PREHODA, et al.,

           Plaintiffs,

     v.

CRUMBL, LLC, et al.,

           Defendants.

Case No. SACV 23-1218-MWF(KESx)

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has read and considered the Stipulation of Dismissal with Prejudice (the "Stipulation"), filed by remaining Plaintiffs Colby Green, Karilyn Johnson, Jennifer Day-McCoy, Amanda Tinsley, Charlotte Herriott, Chrissy Sullivan, Devan Hussey, and Bonnie Prehoda, and Defendants Crumbl, LLC dba Crumbl Cookies, Crumble Enterprises, LLC, Crumble IP LLC, and Crumbl Franchising LLC.  (Docket No. 97).  For good cause shown, the Stipulation is GRANTED.  This action is DISMISSED with prejudice, with each party to bear their own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: April 30, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-